FRED R. GOES, Respondent, *v.* GIFFORD SALES & SERVICE, INC., Appellant, Impleaded with Another, Defendant.

Argued October 18, 1943; decided December 2, 1943.

*Francis T. Lynch, Milton C. Jacobs* and *William A. Jones* for appellant.

*Julius R. Lippman* and *Edward E. Lippman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ. LEHMAN, Ch. J., dissents and votes to reverse and to dismiss the complaint.